**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gloria MORRIS, Defendant–Appellant.**

No. 05–10984
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 5, 2006.

Nancy E. Larson, Assistant U.S. Attorney, Bret E. Helmer, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office, Northern District of

Texas, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Gloria Morris raises arguments that are foreclosed by *United States v. Gonzales*, 40 F.3d 735, 738 (5th Cir.1994), which held that the Due Process Clause does not bar punishments under both 21 U.S.C. § 841 and 18 U.S.C. § 924(c). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.